**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:07MJ109-H**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **PATRICK OHLWEILER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____) | | |

    **THIS MATTER** is before the Court on the "Motion For Order to Allow Defense Counsel to Appear Pro Hac Vice" (document #8) filed June 18, 2007, requesting admission of Kirk A. McVay and Richard S. Ketcham to represent the Defendant. For the reasons set forth therein, the motion will be **GRANTED**.

    Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 each to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

    Counsel are also directed to obtain local counsel to assist in this matter within thirty (30) days of this Order.

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

    **SO ORDERED**.

Signed: June 22, 2007

_____

Carl Horn, III
United States Magistrate Judge